**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NUMBER: 7:14-CR-32 (HL)** |
| | **:** | |
| **GEORGE J. GATES** | **:** | |
| _____ | **:** | |

## ORDER OF CONTINUANCE

   The defendant in the above-styled case was indicted on September 11, 2014.  Defendant had his initial appearance on September 12, 2014, and was released on an unsecured bond.  Defendant was arraigned with counsel present on September 17, 2014.  The parties have engaged in initial discovery.  The government and the defendant have jointly moved of this continuance to permit time to pursue negotiations aimed at resolving this matter without the need for trial.  The case has not been previously continued.

   Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued to the next regularly scheduled term of Court for the Valdosta Division of this district, and that any delay occasioned by the continuance be deemed excusable delay pursuant to 18 U.S.C. § 3161(h).  The time for filing motions in this case is also extended to not later than 14 days before the scheduled pretrial conference in this matter.

   It is the Court's finding that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court finds that failure to grant such continuance could result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i), and that failure to grant such continuance would deny counsel for the defendants and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § (h)(7)(B)(iv).

SO ORDERED, this __20th___ day of ___October_____, 2014.


___**s/ Hugh Lawson**_____
HUGH LAWSON
SENIOR DISTRICT JUDGE

Presented by:
s/Robert D. McCullers
ROBERT D. McCULLERS
ASSISTANT UNITED STATES ATTORNEY